WILLIAM H. PRUITT (SBN 6783)
JOSEPH R. MESERVY (SBN 14,088)
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
(702) 870-3940
BPruitt@LVNVLaw.com
JMeservy@LVNVLaw.com

DANIEL F. POLSENBERG (SBN 2376)
J CHRISTOPHER JORGENSEN (SBN 5382)
KORY J. KOERPERICH (SBN 14,559)
JOHN M. MCCORMICK-HUHN (SBN 15,961)
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
Dan.Polsenberg@wbd-us.com
Chris.Jorgensen@wbd-us.com
Kory.Koerperich@wbd-us.com
John.McCormick-Huhn@wbd-us.com

*Attorneys for Plaintiff Progressive Northern Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY;<br><br>Plaintiff,<br><br>v.<br><br>TONY PETE FLORES aka RUDY HERNANDEZ, an individual; MA TERESA GUZMAN VALDIVIA, an individual; MA TERESA GUZMAN VALDIVIA as Special Administrator of the Estate of JOSE DE JESUS GUZMAN CERVANTES and mother of minors MONCERRAT GUZMAN, EDUARDO GUZMAN, and ANTHONY GUZMAN,<br><br>Defendants. | Case No.: 2:24-cv-02207-RFB-BNW<br><br>**STIPULATION AND ORDER TO:**<br>**(1) EXTEND DEFENDANT TONY PETE FLORES' DEADLINE TO ANSWER COMPLAINT (ECF NO. 1);**<br><br>**(2) EXTEND DEFENDANTS' DEADLINE TO RESPOND TO MOTION FOR SPEEDY HEARING (ECF NO. 14);**<br><br>*and*<br><br>**(3) SET ASIDE MOTION TO STRIKE AND JOINDER THERETO (ECF NOS. 16 & 18)**<br><br>**(FIRST REQUEST)** |

127172190.1

Pursuant to Local Rule IA 6-1 and FRCP 6(b)(1)(B), the parties stipulate as follows:

1. Defendant Tony Pete Flores shall have a 14-day extension of time, through February 7, 2025, to file an answer to plaintiff's complaint. (ECF No. 1.) This is the first request for extension. Good cause exists to extend the deadline. Counsel for defendant Flores was retained on January 24, the day the answer would otherwise be due, and needs additional time to familiarize himself with the case. This request is not made for the purpose of delay.

2. Defendants shall have an additional 14 days to respond, through February 6, 2025, to the Motion for Speedy Hearing on Plaintiff's Declaratory Judgment Claim. (ECF No. 14.) This is the first request to extend this deadline. There was some confusion surrounding the service of plaintiff's motion that prompted defendant Flores to file a motion to strike (ECF No. 16), which the Guzman defendants joined (ECF No. 18). Rather than expend additional resources briefing the motion to strike, the parties have agreed to an extension of time for defendants to respond, which will not impact other deadlines or cause unnecessary delay.

3. Defendant Tony Flores' Motion to Strike for Lack of Service Plaintiff's Motion for a Speedy Hearing (ECF No. 16) and the Guzman defendants' joinder thereto (ECF No. 18) shall be set aside and vacated. Given the parties' agreement to extend the time to respond to plaintiff's motion for speedy trial (ECF No. 14) above, the motion to strike and joinder are now moot.

Dated this 29th day of January, 2025.

| WOMBLE BOND DICKINSON (US) LLP | HILTON PARKER LLC |
|---|---|
| By: */s/J. Christopher Jorgensen*<br>DANIEL F. POLSENBERG (SBN 2376)<br>J CHRISTOPHER JORGENSEN (SBN 5382) | By: */s/Jonathan L. Hilton*<br>JONATHAN L. HILTON (SBN 16,889)<br>7658 Slate Ridge Boulevard |

127172190.1                                - 2 -

| | |
|---|---|
| KORY J. KOERPERICH (SBN 14,559)<br>JOHN M. MCCORMICK-HUHN (SBN 15,961)<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169<br>(702) 949-8200 | Reynoldsburg, Ohio 43068<br>(614) 992-2277<br><br>*Attorneys for Defendant Tony Pete Flores* |

WILLIAM H. PRUITT (SBN 6783)
JOSEPH R. MESERVY (SBN 14,088)
BARRON & PRUITT, LLP
3890 West Ann Road
North Las Vegas, Nevada 89031
(702) 870-3940

*Attorneys for Plaintiff Progressive Northern Insurance Company*

THE SCHNITZER LAW FIRM

By: */s/Jordan P. Schnitzer*
  JORDAN P. SCHNITZER (SBN 10,744)
  710 South 9th Street, Suite 2
  Las Vegas, Nevada 89101
  (702) 960-4050

*Attorneys for Guzman Defendants*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** This 30th day of January, 2025.

127172190.1

- 3 -

# Kapolnai, Emily

| | |
|---|---|
| **From:** | Jonathan Hilton <jhilton@hiltonparker.com> |
| **Sent:** | Tuesday, January 28, 2025 9:10 AM |
| **To:** | Jorgensen, Christopher |
| **Cc:** | Jordan Schnitzer; Jaramillo, Annette; McCormick-Huhn, John; Kapolnai, Emily; Helm, Jessica; Koerperich, Kory |
| **Subject:** | Re: Progressive v. Tony Pete Flores - Motion to Strike and Joinder |

**CAUTION!** [External to Womble Bond Dickinson]

This is fine with me. Thanks.

On Tue, Jan 28, 2025 at 11:58 AM Jorgensen, Christopher <Chris.Jorgensen@wbd-us.com> wrote:

> Progressive v. Guzman/Flores
>
> Stipulation regarding Motion to Strike and extension of time
>
>
> Jonathan and Jordan,
>
> Following up on the stipulation.
>
> Please let me know if we can insert your signatures and file.
>
> Thank you,
>
> Chris
>
>
> **Christopher Jorgensen**
> Partner
> Womble Bond Dickinson (US) LLP
>
> **d:** 702.474.2642
> **e:** Chris.Jorgensen@wbd-us.com
>
> 3993 Howard Hughes Parkway
> Suite 600
> Las Vegas, NV 89169
>
> 
>
> **womblebonddickinson.com**
>
>   

# Kapolnai, Emily

| | |
|---|---|
| **From:** | Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com> |
| **Sent:** | Tuesday, January 28, 2025 7:20 PM |
| **To:** | Jorgensen, Christopher; Jonathan Hilton |
| **Cc:** | Jaramillo, Annette; McCormick-Huhn, John; Kapolnai, Emily; Helm, Jessica; Koerperich, Kory |
| **Subject:** | RE: Progressive v. Tony Pete Flores - Motion to Strike and Joinder |

**CAUTION!** [External to Womble Bond Dickinson]

You can e-sign for me.

*Jordan P. Schnitzer, Esq.*



 

TheSchnitzerLawFirm.com
Tel 702.960.4050 | Fax 702.960.4092
Email Jordan@TheSchnitzerLawFirm.com
710 S. 9th Street | Suite 2 | Las Vegas, Nevada 89101

This electronic message and any attachments come from a law firm and may contain information that is or may be legally privileged, confidential, proprietary in nature, or otherwise protected by law from disclosure. The message and attachments are intended only for the use of the addressee

**From:** Jorgensen, Christopher <Chris.Jorgensen@wbd-us.com>
**Sent:** Tuesday, January 28, 2025 8:58 AM
**To:** Jonathan Hilton <jhilton@hiltonparker.com>; Jordan Schnitzer <Jordan@TheSchnitzerLawFirm.com>
**Cc:** Jaramillo, Annette <Annette.Jaramillo@wbd-us.com>; McCormick-Huhn, John <John.McCormick-Huhn@wbd-us.com>; Kapolnai, Emily <Emily.Kapolnai@wbd-us.com>; Helm, Jessica <Jessica.Helm@wbd-us.com>; Koerperich, Kory <Kory.Koerperich@wbd-us.com>; Jorgensen, Christopher <Chris.Jorgensen@wbd-us.com>
**Subject:** RE: Progressive v. Tony Pete Flores - Motion to Strike and Joinder

Progressive v. Guzman/Flores
Stipulation regarding Motion to Strike and extension of time

Jonathan and Jordan,
Following up on the stipulation.
Please let me know if we can insert your signatures and file.
Thank you,
Chris


**Christopher Jorgensen**
Partner
Womble Bond Dickinson (US) LLP

| | |
|---|---|
| **d:** 702.474.2642 | 3993 Howard Hughes Parkway |
| **m:** | Suite 600 |
| **e:** Chris.Jorgensen@wbd-us.com | Las Vegas, NV 89169 |