# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | Case No. 2:24-cv-02207-RFB-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| TONY PETE FLORES, et al., | |
| Defendants. | |

Presently before the Court is an unopposed motion filed by Plaintiff/Counter Defendant Progressive Northern Insurance Company to vacate the hearing set for today. ECF No. 58. This Court had previously set the hearing as the Motion to Deposit Funds was opposed. ECF Nos. 50, 55, 56. Since then, the parties resolved the issue presented by the motion at ECF No. 50 and seek to withdraw it. ECF No. 58. As a result, the Motion at ECF No. 50 is deemed **WITHDRAW**N and the Motion to Vacate Hearing (ECF No. 58) is **GRANTED**.

DATED: June 5, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE