MICHAEL D. MULVANEY (*Pro Hac Vice*)
JOHN A. LITTLE, JR. (*Pro Hac Vice*)
MAYNARD NEXSEN P.C.
1901 Sixth Ave. N., Suite 1700
Birmingham, Alabama 35203
(205) 254-1000
mmulvaney@maynardnexsen.com
jlittle@maynardnexsen.com

DANIEL F. POLSENBERG (SBN 2376)
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
Dan.Polsenberg@wbd-us.com

*Attorneys for Plaintiff Progressive Northern Insurance Company*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY;<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>TONY PETE FLORES aka RUDY HERNANDEZ, an individual; MA TERESA GUZMAN VALDIVIA, an individual; MA TERESA GUZMAN VALDIVIA as Special Administrator of the Estate of JOSE DE JESUS GUZMAN CERVANTES and mother of minors MONCERRAT GUZMAN, EDUARDO GUZMAN, and ANTHONY GUZMAN,<br><br>    Defendants and Counterclaim Plaintiffs. | Case No.: 2:24-cv-02207-RFB-BNW<br><br>**UNOPPOSED JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES** |

127545276.1

Plaintiff PROGRESSIVE NORTHERN INSURANCE COMPANY ("Progressive"), by and through undersigned counsel, and Defendants, MA TERESA GUZMAN VALDIVIA, MONCERRAT GUZMAN, MA TERESA GUZMAN VALDIVIA as Special Administrator of the Estate of JOSE DE JESUS GUZMAN CERVANTES and mother of minors, EDUARDO GUZMAN GUZMAN, and ANTHONY GUZMAN GUZMAN (the "Guzman Defendants"), by and through their counsel of record, and Defendant TONY PETE FLORES, by and through his counsel of record, hereby stipulate as follows:

1. Under the current scheduling order (Doc. 54), discovery closes on January 16, 2026. The deadline to disclose experts is **September 2, 2025** and the deadline to disclose rebuttal experts is **October 1, 2025**.

2. The Parties jointly stipulate and move to extend the expert disclosure deadlines, but no other deadlines, by 45 days.

3. As grounds for this extension, the parties state that they have been diligent in pursuing discovery and have already exchanged written discovery and are in the process of scheduling depositions, with depositions set to occur within the next three weeks.

4. In addition, setting of depositions was initially delayed because one of the deponents had an unexpected health issue that precluded setting the deposition.

5. Therefore, good cause exists for a short extension of the expert disclosure deadline to allow additional fact discovery to occur before experts must prepare and disclosure their reports.

6. Neither party will be prejudiced by this brief extension, and as noted, the discovery cut-off remains unchanged.

7. Therefore, the Parties stipulate to an initial expert disclosure deadline of **October 17, 2025**, and a rebuttal expert disclosure deadline of **November 14, 2025**.

Dated this 13th day of August, 2025.

| | |
|---|---|
| By: /s/John A. Little, Jr. | By: /s/Jonathan Lawrence Hilton |
| MICHAEL D. MULVANEY | JONATHAN LAWRENCE HILTON |
| (*Pro Hac Vice*) | HILTON PARKER LLC |
| JOHN A. LITTLE, JR. | 7658 Slate Ridge Blvd. |
| (*Pro Hac Vice*) | Reynoldsburg, OH 43068 |
| MAYNARD NEXSEN PC | (614) 992-2277 |
| 1901 Sixth Ave. N., Suite 1700 | Fax: (614) 927-5980 |
| Birmingham, Alabama 35203 | jhilton@hiltonparker.com |
| | |
| DANIEL F. POLSENBERG | *Attorney for Tony Pete Flores* |
| (SBN 2376) | |
| WOMBLE BOND DICKINSON | By: /s/Jordan P. Schnitzer |
| (US) LLP | JORDAN P SCHNITZER |
| 3993 Howard Hughes Parkway, | THE SCHNITZER LAW FIRM |
| Suite 600 | 710 South 9th Street |
| Las Vegas, Nevada 89169 | Ste 2 |
| | Las Vegas, NV 89101 |
| *Attorneys for Progressive* | (702) 960-4050 |
| *Northern Insurance Company* | Fax: (702) 960-4092 |
| | Jordan@theschnitzerlawfirm.com |
| | |
| | *Attorney for the Guzman Defendants* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

August 14, 2025
DATED

127545276.1          - 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2025, I caused a true and accurate copy of the foregoing document titled **"UNOPPOSED JOINT MOTION TO EXTEND EXPERT DISCLOSURE DEADLINES"** to be filed via the Court's CM/ECF system, which will accomplish service on all parties of record through their counsel.

*/s/ John A. Little, Jr.*

127545276.1