John McCormick-Huhn
Nevada Bar No. 15961
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
Phone: 702.669.4600
Fax: 702.669.4650
jmmccormickhuhn@hollandhart.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, | Case No. 2:24-CV-02207-RFB |
| Plaintiff and Counterclaim Defendant, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL** |
| TONY PETE FLORES aka RUDY HERNANDEZ, an individual; MA TERESA GUZMAN VALDIVIA as Special Administrator of the Estate of JOSE DE JESUS GUZMAN CERVANTES and mother of minors MONCERRAT GUZMAN, EDUARDO GUZMAN, and ANTHONY GUZMAN, | |
| Defendants and Counterclaim Plaintiffs. | |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

Please take notice that John McCormick-Huhn is no longer associated with the law firm of Womble Bond Dickinson. Mr. McCormick-Huhn has not represented Progressive Northern Insurance Co. ("Progressive") since May 9, 2025. Progressive continues to be represented by other attorneys of record at Womble Bond Dickinson.

/ / /

/ / /

1

Please remove Mr. McCormick-Huhn's name from the above-entitled matter and the service list for this case.

DATED this 2nd day of February 2026.

**HOLLAND & HART LLP**

*/s/ John McCormick-Huhn*
John McCormick-Huhn
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

Dated: February 3, 2026

2

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5, I certify that on February 2, 2026, I electronically served a true and correct copy of **"NOTICE OF DISASSOCIATION OF COUNSEL"** upon all parties through the United States District Court's CM/ECF system.

/s/ Paige Ostlie
An Employee of Holland & Hart LLP

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NEVADA 89134