MICHAEL D. MULVANEY (*pro hac vice)*
mmulvaney@maynardnexsen.com
JOHN A. LITLE, JR. (*pro hac vice)*
jlittle@maynardnexsen.com
**MAYNARD NEXSEN P.C.**
1901 Sixth Ave. N., Suite 1700
Birmingham, Alabama 35203

DANIEL F. POLSENBERG (SBN 2376)
Dan.Polsenberg@wbd-us.com
J CHRISTOPHER JORGENSEN ( SBN 5382)
Chris.Jorgensen@wbd-us.com
KORY J. KOERPERICH (SBN 14,559)
Kory.Koerperich@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

[*Additional Counsel of Signature Page*]

*Attorneys for Plaintiff Progressive Northern Insurance
Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>Plaintiff and<br>Counterclaim Defendant,<br><br>v.<br><br>TONY PETE FLORES aka RUDY HERNANDEZ, an individual; MA TERESA GUZMAN VALDIVIA as Special Administrator of the Estate of JOSE DE JESUS GUZMAN CERVANTES and mother of minors MONCERRAT GUZMAN, EDUARDO GUZMAN, and ANTHONY GUZMAN,<br><br>Defendants and<br>Counterclaim Plaintiffs. | Case No. 2:24-CV-02207-RFB<br><br>**PLAINTIFF AND COUNTERCLAIM DEFENDANT PROGRESSIVE NORTHERN INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR TERMINATING DISCOVERY SANCTIONS**<br><br>**SECOND REQUEST** |

Plaintiff Counterclaim Defendant Progressive Northern Insurance Company ("Progressive"), pursuant to Local Rule IA 6-1 and this Court's Chambers Practices, submits this motion for an extension of time to respond to Defendants' motions for terminating discovery sanctions filed on May 7, 2026 ("the Motions"). (Docs. 100 and 101). Progressive respectfully requests that its time to respond to the Motions be continued pending the disposition of its Motion to Strike filed on June 1, 2026. (Doc. 107).

As set forth below, this motion is supported by good cause, including but not limited to the fact that Progressive should not be required to respond to Motions that appear to contain AI-fabricated authority. No hearing on the Motions is currently set. The Parties conferred regarding the relief requested herein but were unable to reach an agreement.

1. On April 1, 2026, Defendants deposed a corporate representative of Progressive pursuant to Federal Rule of Civil Procedure 30(b)(6). (*See* Doc. 101 at 4).

2. On May 7, 2026, the Guzman Defendants[1] filed two motions for terminating discovery sanctions related to the deposition. (Docs. 100 and 101). Defendant Tony Pete Flores ("Flores") joined one of the Motions. (*See* Doc. 100).

3. Flores filed a motion to compel unrelated fact discovery on the same date. (Doc. 99).

4. On May 8, 2026, Progressive filed an opposed Motion to Extend Time, which sought an extension of Progressive's deadline to respond to the Motions. (Doc. 102).

5. The Court granted Progressive's request and extended Progressive's response deadline to June 4, 2026. (Doc. 104).

6. Progressive worked diligently to prepare responses to the Motions in advance of the extended deadline, and had expended significant time and energy drafting its responses.

---

[1] By "the Guzman Defendants," Progressive means Defendants Ma Teres Guzman Valdivia in her individual capacity, as administrator of the Estate of Jose de Jesus Guzman Cervantes, and as representative of minors Moncerrat Guzman, Eduardo Guzman, and Anthony Guzman.

PROGRESSIVE'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR TERMINATING DISCOVERY SANCTIONS

7.     Only recently, and in the process of preparing its responses, Progressive discovered that the Motions appear to contain AI-fabricated authority.  Progressive has moved to strike the Motions given that they appear to contain AI-generated errors.  (Doc. 107).

8.     Given that the Motions should be stricken with prejudice to refiling for the reasons set forth in its Motion to Strike, Progressive requests that its deadline to respond to the Motions be indefinitely deferred pending the outcome of the Motion to Strike.

9.     Good cause supports this requested extension to avoid further compounding the waste of resources that has already occurred due to Defendants' apparent failure to verify the accuracy of AI-generated authorities.

10.     Upon discovering the apparent AI-fabricated authorities in the Motions, Progressive worked expeditiously to file its Motion to Strike, and it identified in its Motion to Strike that its obligation to respond to the Motions should be deferred.  (Doc. 107 at 2).  While this request is being made less than three days prior to Progressive's deadline to respond to the Motions, Progressive respectfully submits that just cause supports the timing of this request because it acted expeditiously and diligently upon discovering the apparent AI-fabricated authorities to seek relief from the Court.

For the foregoing reasons, Progressive respectfully requests that the Court grant this motion and defer Progressive's deadline to respond to the Motions, (Docs. 100 and 101) pending the outcome of its Motion to Strike. (Doc. 107).

Dated: June 3, 2026                    Respectfully Submitted,


By: *John A. Little, Jr.*
MICHAEL D. MULVANEY (*pro hac vice*)
mmulvaney@maynardnexsen.com
JOHN A. LITLE, JR. (*pro hac vice*)
jlittle@maynardnexsen.com
**MAYNARD NEXSEN P.C.**
1901 Sixth Ave. N., Suite 1700
Birmingham, Alabama 35203

2

PROGRESSIVE'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
FOR TERMINATING DISCOVERY SANCTIONS

DANIEL F. POLSENBERG (SBN 2376)
Dan.Polsenberg@wbd-us.com
J CHRISTOPHER JORGENSEN ( SBN 5382)
Chris.Jorgensen@wbd-us.com
KORY J. KOERPERICH (SBN 14,559)
Kory.Koerperich@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

HAYDEN A. COLEMAN (pro hac vice)
Hayden.Coleman@dechert.com
**DECHERT LLP**
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500

*Attorneys for Plaintiff Progressive Northern
Insurance Company*

**IT IS SO ORDERED**.

_____
**UNITED STATES MAGISTRATE JUDGE**
DATED: June 4, 2026

---

3

PROGRESSIVE'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
FOR TERMINATING DISCOVERY SANCTIONS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3nd day of June 2026, I caused a true and accurate copy of the foregoing document titled PLAINTIFF AND COUNTERCLAIM DEFENDANT PROGRESSIVE NORTHERN INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS FOR  TERMINATING DISCOVERY SANCTIONS (SECOND REQUEST) to be served via e-mail on:

Jonathan Lawrence Hilton
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
(614) 992-2277
Fax: (614) 927-5980
jhilton@hiltonparker.com


Jordan P Schnitzer
The Schnitzer Law Firm
710 South 9th Street
Ste 2
Las Vegas, NV 89101
(702) 960-4050
Fax: (702) 960-4092
Jordan@theschnitzerlawfirm.com


*/s/ John A. Little, Jr.*

---

4

PROGRESSIVE'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS
FOR TERMINATING DISCOVERY SANCTIONS