MICHAEL D. MULVANEY (*pro hac vice)*
mmulvaney@maynardnexsen.com
JOHN A. LITTLE, JR. (*pro hac vice)*
jlittle@maynardnexsen.com
**MAYNARD NEXSEN P.C.**
1901 Sixth Ave. N., Suite 1700
Birmingham, Alabama 35203

DANIEL F. POLSENBERG (SBN 2376)
Dan.Polsenberg@wbd-us.com
J CHRISTOPHER JORGENSEN (SBN 5382)
Chris.Jorgensen@wbd-us.com
KORY J. KOERPERICH (SBN 14,559)
Kory.Koerperich@wbd-us.com
**WOMBLE BOND DICKINSON (US) LLP**
8488 Rozita Lee Ave., Suite 400
Las Vegas, Nevada 89113

[*Additional Counsel on Signature Page*]

*Attorneys for Plaintiff Progressive Northern Insurance Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PROGRESSIVE NORTHERN INSURANCE COMPANY, <br><br> Plaintiff and Counterclaim Defendant, <br><br> v. <br><br> TONY PETE FLORES aka RUDY HERNANDEZ, an individual; MA TERESA GUZMAN VALDIVIA as Special Administrator of the Estate of JOSE DE JESUS GUZMAN CERVANTES and mother of minors MONCERRAT GUZMAN, EDUARDO GUZMAN, and ANTHONY GUZMAN, <br><br> Defendants and Counterclaim Plaintiffs. | Case No. 2:24-CV-02207-RFB <br><br> **JOINT MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE ON PENDING MOTIONS** |

## JOINT MOTION FOR ENTRY OF STIPULATED BRIEFING SCHEDULE

Plaintiff PROGRESSIVE NORTHERN INSURANCE COMPANY ("Progressive"), by and through undersigned counsel, and Defendants, MA TERESA GUZMAN VALDIVIA, MONCERRAT GUZMAN, MA TERESA GUZMAN VALDIVIA as Special Administrator of the Estate of JOSE DE JESUS GUZMAN CERVANTES and mother of minors, EDUARDO GUZMAN GUZMAN, and ANTHONY GUZMAN GUZMAN (the "Guzman Defendants"), by and through their counsel of record, and Defendant TONY PETE FLORES, by and through his counsel of record (collectively, "the Parties"), hereby stipulate and move the Court as follows:

1.       On June 15, 2026, the Parties timely filed cross-motions for summary judgment. (*See* Docs. 115, 118).  Under this Court's Local Rules, responses in opposition to the summary judgment cross-motions are due to be filed on or before July 6, 2026, and replies are due to be filed on or before July 20, 2026.  LR 7-2(b).

2.       On June 15, 2026, Progressive filed a *Daubert* motion challenging the Guzman Defendants' expert witnesses.  (Doc. 112).  Under this Court's Local Rules, the Guzman Defendants' response in opposition to Progressive's *Daubert* motion is due to be filed on or before June 29, 2026, and Progressive's reply in support of the *Daubert* motion is due to be filed on or before July 6, 2026.  LR 7-2(b).

3.       The Parties have conferred regarding the above deadlines and jointly stipulated to extend these deadlines as follows:

| Filing Event | Current Deadline | Stipulated Deadline |
|---|---|---|
| Guzman Defendants' Response to Motion to Exclude, (Doc. 112) | 6/29/2026 | 7/13/2026 |
| Parties' Responses to Cross-Motions for Summary Judgment, (Docs. 115, 118) | 7/6/2026 | 7/13/2026 |
| Progressive's Reply In Support of Motion to Exclude, (Doc. 112) | 7/6/2026 | 8/3/2026 |
| Parties' Replies in support of Cross-Motions for Summary Judgment, (Docs. 115, 118) | 7/20/2026 | 8/3/2026 |

4.     The Parties hereby jointly move for entry of the above briefing schedule.

Dated this the 23rd day of June, 2026.

By: /s/ *John A. Little, Jr.*
MICHAEL D. MULVANEY (*Pro Hac Vice*)
JOHN A. LITTLE, JR. (*Pro Hac Vice*)
MAYNARD NEXSEN PC
1901 Sixth Ave. N., Suite 1700
Birmingham, Alabama 35203

DANIEL F. POLSENBERG (SBN 2376)
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Ave., Suite 400
Las Vegas, Nevada 89113

*Attorneys for Progressive Northern Insurance Company*

By: /s/ *Jonathan Lawrence Hilton*
JONATHAN LAWRENCE HILTON
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
(614) 992-2277
Fax: (614) 927-5980
jhilton@hiltonparker.com

*Attorney for Tony Pete Flores*

By: /s/ *Jordan P. Schnitzer*
JORDAN P. SCHNITZER
THE SCHNITZER LAW FIRM
710 South 9th Street
Ste 2
Las Vegas, NV 89101
(702) 960-4050
Fax: (702) 960-4092
Jordan@theschnitzerlawfirm.com

*Attorney for the Guzman Defendants*

## ORDER

**IT IS SO ORDERED.**

**DATED:** June 24, 2026.

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**